CARRIE M. BUSTIN, as Executrix, etc., of JOHN W. BUSTIN, Deceased, Respondent, v. C. T. HOOKWAY CONSTRUCTION COMPANY, Appellant.— Judgment and orders affirmed, with costs. All concur.

FRED S. JACKSON, Respondent, v. CHARLES W. STRONG, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concur.

ALICE F. HALLADAY, Respondent, v. HARRISON B. McGRAW, as Assignee, etc., of GEORGE H. WORTHINGTON, and Another, Appellants.— Judgment affirmed, with costs. All concur, except Lambert, J., who dissents.

WILLIAM BRUCE, Appellant, v. EMPIRE GAS AND FUEL COMPANY, LTD., Respondent.— Judgment affirmed, with costs. All concur.

MURTON J. GALLUP and Another, Appellants, v. CARRIE T. WEST, Individually and as Executrix and Trustee, etc., of HENRY J. BRENNAN, Deceased, Respondent.— Judgment and order affirmed, with costs. All concur; Lambert, J., not sitting.